```
                                              FILED
                                              MAR 16 2009
                                        CLERK, U.S. DISTRICT COURT
          IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
                                              BY
                  EASTERN DISTRICT OF CALIFORNIA    DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | No. CR-09-67-AWI |
| vs. ) | ORDER OF RELEASE |
| WILSON ARMANDO ROMERO MORENO ) | |
| Defendant. ) | |

The above named defendant having been sentenced on December MARCH 16, 2009 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 3-16-09

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1